534 A.2d 768

James L. KESSLER, individually and Delores M. Kessler, individually, and James L. Kessler, William J. Levine and Maurice E. Rapp, individually and t/a KLR Associates, a Pennsylvania Partnership, Appellees,

v.

OLD GUARD MUTUAL INSURANCE COMPANY and Harleysville Mutual Insurance Company, Appellants.

Supreme Court of Pennsylvania.

Argued Nov. 9, 1987.

Decided Dec. 24, 1987.

Susan M. Danielski, Philadelphia, for appellants.

James C. Hogan, Easton, Thomas J. Maloney, Robert M. Davison, Bethlehem, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.